# ADMENDED

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF INDIANA

_____

(Full name of plaintiff(s))

MARCOS M-SANCHEZ

vs

(Full name of defendant(s))

Case Number:

2:16-cv-0405-WTL-DKL
(to be supplied by clerk of court)

SHERRIFF OF FLOYD COUNTY

Darrell Mullis

DEPUTIES OF FLOYD COUNTY JAIL INCLUDING LT. AND SRGT.
Lt Andrew Sands & T. Sands #619
A. Moore #659 / Sgt Ellenbrand J-476
J. Topping #56 / Watson J-637
Cpl Kenneth Mayberry #410 / Reporting officer Andrew Moore
C. Phillips J. - #523 / Lt Wheeler
Suspect - James D. Sprinkle
Suspect State by A-Navarro DPA:

A.   PARTIES   counsel J. P. Bigg, chief P.D.'L

1. Plaintiff is a citizen of INDIANA, and is located at

I.S.F.

1946 W. U.S. HWY 40 / GREENCASTLE IN. 46135
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant: PLS. SEE ATTACHED:
            (Name)

STATE OF INDIANA       )
                       ) SS;
COUNTY OF FLOYD        )

IN THE FLOYD SUPERIOR COURT 3

CAUSE NUMBER: 22D03-1110-FC-2374

STATE OF INDIANA

VS

James S. Sprinkle II
    Defendant

FILED
OCT 17 2011

# INFORMATION

DOB: 5/25/1990
SSN: REDACTED
225 West Carter Avenue
Clarksville, IN 47129

### Battery Resulting in Serious Bodily Injury
### (Class C Felony) I.C. 35-42-2-1(a)(3)

That on or about October 8, 2011, Floyd County in the State of Indiana:

Battery Resulting in Serious Bodily Injury
(Class C Felony) I.C. 35-42-2-1(a)(3)

In Floyd County, State of Indiana, James S. Sprinkle II did knowingly or intentionally touch Marco A. Miranda-Sanchez in a rude, insolent, or angry manner, to-wit: punched him in the face several time resulting in serious bodily injury, to-wit: facial fractures, blood on his brian, and a blood clot behind his eye

All of which is contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Indiana.

I affirm, under penalties for perjury, that the foregoing representations are true.

Keith A. Henderson, #14845-10
Prosecuting Attorney
52nd Judicial Circuit
Room #249 City-County Building
New Albany, IN 47150
812-948-5422

I hereby certify that the foregoing document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G).

- 55 -

Keith A. Henderson, #14845-10

Pg. 1

Amended Complaint     Case No. 2:16-cv-0405-WTL-DKL
DPA: Antidrogas A-Navarro
J.P. Bigg, Chief Public Defender
Attorney: Public Defender Renn Patrick Joseph

In the state of Kentucky in the year of 2007 in a conspiracy case I pleaded guilty. The Federal Government sentenced me to six (6) years of supervised release. After that they put a confidential informant (C.I.) in a cell with me when I was incarcerated in Indiana. The informant continually asked me what quantity of drugs I could provide for him. The reason I am incarcerated right now is based on information provided by that confidential informant after I sold him two (2) ounces of heroin.

My lawyer, Juan Patrisio, Bigg Chief Public Defender informed me that the state was pressuring him to get me to plead inform on where drugs were located. I was housed in the Floyd County Indiana jail for sixteen months while I fought this case. I had an argument with the above listed lawyer which resulted in me having him removed from my case. When I did that the judge ordered the same above mentioned lawyer to appoint another lawyer from his office to be assigned to my case. Four days later, after Mr. Patrisio was fired I was told I had an attorney visit and Mr. Patrisio was there to see me. When I went to the meeting he had a translator and

Amended Complaint

attorney Andrea Moore with him. At that meeting asked me if I wanted to talk and when I said no I was shoved by Mr. Patrisio and told I was a "fucking piece of shit".

A week later were moving inmates to other dorms within the jail. Inmate James Sprinkle, who was continually working was located two bunks away from me. At 1:30 AM Mr. Sprinkle began singing, rapping and hitting my bunk which resulted in me asking him to let me sleep. I continued to try to sleep and the next thing I knew he was on top of me beating me in the face and in the back. My bunkmate told Mr. Sprinkle that if he didn't quit beating on me he was going to kill me. When Mr. Sprinkle stopped hitting me I went to the door to try to get the attention of a guard. The correctional officers asked me if it was Mr. Sprinkle who had assaulted me. After that they put me in a suicide watch cell for 30 minutes but I was not suicidal.

From that point I was transported to Floyd County Hospital but then on to the University of Louisville Hospital where I could receive the medical attention I needed. Officer Morris told the doctors not to give me any information concerning my medical condition. The doctor informed Officer Morris that she had to inform me of my condition to protect the hospital from liability. I was told I had

Amended Complaint

facial fractures and blood on my brain as well spinal fracture as a result of the assault I received from Mr. Sprinkle.

A week later I was transported to the University of Louisville Hospital where I received surgery on my right eye. To this day I continue to suffer with pain in my right eye and headaches. After approximately a week in the hospital I was transported to Grayson County Kentucky jail where I spent three days and was then transported to the Floyd County Indiana jail. I was held in solitary where I was provided medicine after my surgery.

After recovering from my surgery I was provided a new lawyer (Renn, Patrick Joseph) by the public defender's office. I was given a court date and Mr. Renn negotiated a plea agreement of 15 years serve 7½ for a B felony. I signed the plea agreement and I am currently serving that sentence. At the hearing where I signed the plea agreement my first attorney (Antidragos, A. Navarro) requested that all recording equipment be turned off and then began threatening me and told me "he hoped my family would be killed". The judge supported me and admonished the public defender for the threats he made.

Currently I am being hindered from properly presenting my case because the administration is withholding in-

Amended Complaint,
portant documentation that is ~~mpo~~ crucial to my case. The law library staff here at the Putnamville Correctional Facility is also not providing me adequate assistance.

MARCOS MIRANDA-SANCHEZ            1-12-2017
MARCOS MIRANDA-SANCHEZ                DATE

D-O-C-224102

is (if a person or private corporation) a citizen of ___Indiana / Ky___
(State, if known)

and (if a person) resides at ___249 City Co Bldg / 311 Hauss Square___
___New Albany In 47150___ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___C.I. Confidential Informant___
___Floyd Co Sherriff Dept___ (Employer's name and address, if known)
___State of Indiana / Prosecutor___
(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Floyd Co Jail, et al staff / civil servants / Deputies of facility / Inmate Prosecutor / State of Indiana / Floyd Co. Public Defender / Representing myself — C.I. Confidential Informant Floyd Co Sherriff Dept / Sherriff of

2) Please see affidavit

3) Records of Request / Complaint / Sherriff Report

4) Floyd County Jail / Cell Block

5) I would not help or tell the

Complaint - 2

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes  ☒ No

If "Yes," describe the property and the approximate value(s).

No Property

### III. Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| Marcos M Sanchez V Floyd Co Jail et al Darrell Millis Staff civel servants/ Deputies of facility | 2:16-CV-00405-WTL-DKL | Southern Indiana |

Police or Detective any Information about the Cartel and Drug ring for I know no one and I told them this time & time again, but did not Believe me. So what I was told by Informant that they as in the State & Law Enforcement would take care of this person, if they would hurt me real bad, or kill me so to speak, that they as in Police & State would make their charges go away, If they could come up with any Info leading to Arrest of any big Drug Dealers, or Cartel Gangs into Drugs, I no nothing.

The Jail put the Informant in my cell knowing we should be seperate and he got me in cell when doors open, started threaten me, I could do nothing, he woke me up out of sleep, pull me off Bunk, kicking me, hitting, punching, wanting me to tell them something but I didn't know, then I Blackout in hospt

Complaint - 3

IV. <u>Other Circumstances</u> - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

1) Indigent $15.00 or less

2) Wife no money - receive Gov. Help

3) No payments

4) Do not understand English or read or write

5) Me in school to get Education

6) Have to get, stamps, paper, envelopes, pen, pencil so can write home to family

I, M-M-Z, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

1-13-2017                    MIRANda-sancnez-MARCO
Date                          Signature - Signed Under Penalty of Perjury

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Money for damages done to me $1.5 million
1) Mental Anguish, pain, Suffering, Punitive
2) Hospt Bills paid, and Future Bills Associated with infliction of Damages, like further surgery, Rehabilitation, spinal injuries, neck, facial, eye, Head, & Brain and any perminant damages, medication
3) Attorney fees, Court Costs, any cost Associated with trying to collect for Damages et.al. and permission to stay in US. with family & kids
4) Deputies should Have to Resign, Sheriff Demoted, Atty loss of lic & State, Prosecutor Disciplinary Actions

Complaint - 4

2) Do you have any dependents that you are responsible for supporting?

☑ Yes ☐ No

If "yes," list them below.

I AM MARRIED to my WIFE

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| J.A.M.L | Son | 14 YR | $ None |
| M.A.M.L | Son | 14 YRS | None |
| L.F.M.L | Son | 13 YRS | $ None |
| J.C.M.L | Son | 12 YRS | none | USA
| I.G.M.L | Daughter → | 9 YR | $ None |
| L.M.L | Daughter → | 6 YR | none |

II. **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?

☐ Yes ☑ No

If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| | | $ |
| | | $ |

2) Do you own your home(s)? ☐ Yes ☑ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☑ No

If "Yes," state the total of such sums. $ _____

Fee Request – 2

Complaint – 4

E.     JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[✓] Court Trial – I want a judge to hear my case

Dated this __1__ day of __13__ 20__17__.

Respectfully Submitted,

*Miranda-sanchez-marcos*
Signature of Plaintiff

#224102
Plaintiff's Prisoner ID Number

ISF-1946-W-US Hwy 40
Greencastle IN 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

$5 copys
FCJ

FILED
APR 20 2016
Christina M. Eurton
CLERK OF THE SUPERIOR COURT NO. 3
FLOYD COUNTY

# REQUEST FOR COURT RECORDS

Marco-Miranda-Sanchez
(Print Name)

D.O.C. NO. 224102

4/8/16
(DATE)

Putnamville Correctional Facility
1946 West U.S. Hwy 40
Greencastle, IN 46135

To: CLERK OF COURTS and
Prosecutor of Floyd Co
(COURT) Circuit / Superior / Magistrate
(ADDRESS) 311 Hauss Square, New Albany Ind 47150
(CITY, STATE AND ZIP CODE) Marco-M-Sanchez VS James Sprinkle
RE: CAUSE NO. State / US - James Sprinkle
This is pertaining to Lawsuit filed after being attacked
Dear SIR or MADAM: in Floyd Co Jail

I am writing to make a formal request for copies of public records Pursuant to the **Indiana Access to Public Records Act- (I.C.5-14-3-1), et seq., (APRA).** I am an indigent pro se litigant, and I need the following records to adequately prepare for filings in my case.

Please send me copies of all of the following records and files:
(✓) Need Report of Incident & statements
( ) Chronological Case Summary   the state Awarded me a large
(✓) Probable Cause Affidavit     Amount of money (N/A) need to
( ) Information or Indictment    know where this money is ??
(✓) Original Complaint
(✓) Discovery
( ) Plea Agreement
( ) Sentencing Order or Judgement of Conviction
( ) Abstract of Judgement

(✓) Order of: Need of Sherriff name of Floyd Co Jail
(Date and / or Type of Order)
NEED (✓) Other: Nov/2011 Incident Report after being
Attacked in Floyd Co Jail.
NEED (✓) Other: Need outcome of lawsuit and cause
no. of this case.

I look forward to hearing from you, and I would like to thank you for your time and assistance in this matter.

X Marco-Miranda Sanchez
**Signature of Requestor**

11-07557